IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| APOLLOMD BUSINESS SERVICES, L.L.C., individually, and as a representative of and for all, of its affiliated and/or subsidiary entities/companies, which are operated by/under/through, ApolloMD, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>AMERIGROUP CORPORATION (DELAWARE); et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 1:16-CV-04814-RWS<br>)<br>)<br>)<br>)<br>) |

## **CONSENT ORDER**

Upon consideration of the parties' Joint Motion to Extend Upcoming Deadlines Under Local Rules 16.1, 16.2, and 26.1, and for good cause shown, the Court hereby extends the upcoming deadline under Local Rule 16.1 until thirty (30) days from the date that Plaintiff's incoming counsel file notices of substitution of counsel, and the upcoming deadlines under Local Rules 16.2 and 26.1 until forty-five (45) days after Plaintiff's incoming counsel file notices of substitution of counsel.

SO ORDERED, this 2 day of Jan., 2018.

Richard W. Story
United States District Judge