IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| APOLLOMD BUSINESS SERVICES, ) <br> L.L.C., individually, and as a representative ) <br> of and for all, of its affiliated and/or ) <br> subsidiary entities/companies, which are ) <br> operated by/under/through, ApolloMD, et al., ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> AMERIGROUP CORPORATION ) <br> (DELAWARE); et al., ) <br> *Defendants*. ) | NO. 1:16-CV-04814-RWS |

**PLAINTIFF'S RESPONSE TO DEFENDANT PEACH STATE HEALTH PLAN INC.'S MOTION TO AMEND COURT'S DISMISSAL ORDER**

COME NOW ApolloMD Business Services, L.L.C., and its affiliates/subsidiaries, et al., (collectively, "ApolloMD" or "Plaintiff"), and respond to Defendant Peach State Health Plan Inc.'s ("Peach State") Motion to Amend Court's Dismissal Order, stating as follows:

In Its Dismissal Order of November 27, 2017 (Doc. #70), the Court dismissed Defendant Peach State from the pending matter, noting that "[t]he Court declines to stay the case pending arbitration or appeal. In the event court action is necessary to resolve issues arising out of the arbitrations, the parties may file a

1

separate civil action with the Court. The Clerk is **DIRECTED** to terminate the seven Defendants above from this action."). *(Id. at 19)*

Defendant Peach State, having been dismissed from this action, now seeks an Amended Dismissal Order per Rule 54(b) of the Federal Rules of Civil Procedure directing the Clerk to enter final judgment as to Peach State.

As to Defendant Peach State, Plaintiff ApolloMD does not oppose the entry of final judgment that is consistent with Rule 54(b) and the November 27, 2017 Dismissal Order.

Respectfully submitted this 26th day of February 2018.

> /s/ T. Brandon Welch
> T. Brandon Welch (Georgia Bar No. 152409)
> **STILLMAN WELCH, LLC**
> 3453 Pierce Drive, Suite 150
> Chamblee, GA 30341
> Tel: (404) 400-5091
> Fax: (404) 907-1819
> Email: brandon@stillmanwelch.com
>
> /s/ David A. Bryant
> David A. Bryant (admitted pro hac vice)
> **BRYANT LEGAL GROUP PC**
> 205 N. Michigan Ave., Suite 3910
> Chicago, IL 60601
> Tel: (312) 561-3008
> Fax: (312) 254-3140
> Email: dabryant@bryantlg.com
>
> ***Attorneys for Plaintiff ApolloMD Business Services, L.L.C. et al.***

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1C

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1C.

*/s/ David A. Bryant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| APOLLOMD BUSINESS SERVICES, L.L.C., individually, and as a representative of and for all, of its affiliated and/or subsidiary entities/companies, which are operated by/under/through, ApolloMD, et al., *Plaintiffs*,<br><br>v.<br><br>AMERIGROUP CORPORATION (DELAWARE); et al., *Defendants*. | NO. 1:16-CV-04814-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Response to Defendant Peach State Health Plan Inc.'s Motion to Amend Court's Dismissal Order was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 26th day of February, 2018.

                              */s/ David A. Bryant*
                              David A. Bryant (admitted pro hac vice)

                              **Attorney for Plaintiff ApolloMD Business Services, L.L.C. et al.**